# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-5765
_____

DEMETRICE A. MCNEAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

June 7, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant and Demetrice A. McNeal, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.